```
Henry Glowa (State Bar #137461)
The Law Office of Henry Glowa
8075 West Third Street, #404
Los Angeles, CA  90048
Telephone:  (323) 525-2700
Fax:  (323) 525-2710

Attorney for Debtor/Defendant,
Michael Ray Yager
```

**FILED & ENTERED**

**NOV 09 2009**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jones      DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | ) Bankruptcy Case<br>) No. 2:08-bk-19356-RN |
| MICHAEL RAY YAGER, | )<br>) Adversary Proceeding<br>) No. 2:08-01765-RN |
| Debtor | ) |
| _____ | ) ORDER RE: PRETRIAL ORDER<br>) AND FIXING TRIAL DATE |
| | ) |
| ATWOOD GRANDBERRY, | )<br>) Pretrial Conference |
| Plaintiff, | ) Date: October 21, 2009 |
| vs. | ) Time: 9:30 A.M.<br>) Ctrm: 1645 |
| MICHAEL RAY YAGER, | ) |
| Defendant. | ) |
| _____ | ) |

  The Pretrial Conference in this matter was conducted on October 21, 2009, at 9:30 AM in Courtroom 1645.

  The following party wes present: Henry Glowa, counsel for Defendant, Michael Yager.

**IT IS ORDERED:**

1. The parties shall submit a more precise Amended Pretrial Order by November 15, 2009, containing the following revisions:

2. Paragraphs 36 through 45 of the Pretrial Order submitted shall be amended to identify which statements, representations and/or actions are referenced in those paragraphs.

3. Section (C), Paragraph 1 shall include a reference to the particular subsection of 11 U.S.C. § 727 is being relied upon by the Plaintiff.

4. Section (D), Paragraph 9 shall describe with specificity which documentation regarding Yager's listing of the four unit apartment complex shall be offered at trial.

5. Section (D), Paragraph C shall describe with specificity which bills related to Insurance Claim shall be offered at trial, and the time frame within which such bills were incurred.

6. <u>Trial Date</u>:  The trial in this matter shall take place on January 28, 2010, at 9:00 A.M.

DATED: November 9, 2009

United States Bankruptcy Judge

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the above County, State of California.  I am over the age of 18 and not a party to the within action.  My business address is as follows:

8075 West Third Street
Suite 404
Los Angeles, CA  90048-4318

On October 22, 2009, I served the foregoing document described as:  ORDER RE: PRETRIAL ORDER AND FIXING TRIAL DATE on the interested parties at their last known addresses by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California, addressed as follows:


Barry R. Wegman, Esq.
Law Offices of David A. Tilem
206 N. Jackson Street, Suite 201
Glendale, CA 91206

United States Trustee
725 N. Figueroa Street
26th Floor
Los Angeles, CA  90017

Honorable Richard M. Neiter
United States Bankruptcy Court
255 E. Temple Street, #1682
Los Angeles, CA 90012


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 22, 2009

/s/_____
Norman M. Freed

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: admin                 Page 1 of 1                  Date Rcvd: Nov 09, 2009
Case: 08-01765                 Form ID: pdf031             Total Noticed: 5

The following entities were noticed by first class mail on Nov 11, 2009.
aty          +Barry R Wegman,   Law Offices of David A Tilem,   206 N Jackson St Ste 201,
               Glendale, CA 91206-4330
aty          +Henry Glowa,   8075 W Third St Ste 404,   Los Angeles, CA 90048-4319
ust          +United States Trustee (LA),   725 S Figueroa St., 26th Floor,   Los Angeles, CA 90017-5524
pla          +Atwood Grandberry,   c/o B. Jollvette & Associates,   1875 Century Park East, Suite 600,
               Los Angeles, CA 90067-2507
dft          +Michael Ray Yager,   1426 North Laurel,   Los Angeles, CA 90046-3980

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 11, 2009**               **Signature:** _Joseph Speetjens_